United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Filterx LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKA  Filterjoy** <br> **FDBA  Filterx Holdings LLC** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3644595** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **593 Airport Road** <br> **Gallatin, TN 37066** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sumner** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.filterx.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **3334**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Filterx LLC**                                                    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 16, 2025**
                MM / DD / YYYY

**X** **/s/ Harry Hoover** _____      **Harry Hoover** _____
Signature of authorized representative of debtor         Printed name

Title    **Managing Member** _____

**18. Signature of attorney**

**X** **/s/ Henry E. ("Ned") Hildebrand, IV** _____    Date **January 16, 2025**
Signature of attorney for debtor                                       MM / DD / YYYY

**Henry E. ("Ned") Hildebrand, IV** _____
Printed name

**Dunham Hildebrand Payne Waldron, PLLC** _____
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone    **615.933.5851** _____    Email address    **ned@dhnashville.com** _____

**032168 TN** _____
Bar number and State

Fill in this information to identify the case:

Debtor name  **Filterx LLC**

United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Associated Packaging, Inc. 435 Calvert Drive Gallatin, TN 37066** | | | | | | **$9,553.20** |
| **Atlantic Packaging 806 N. 23rd Street Wilmington, NC 28405** | | | | | | **$18,280.59** |
| **B&B Filters 632 E Maple Street Johnson City, TN 37601** | | | | | | **$24,668.23** |
| **Baker Donelson 1600 West End Avenue, Suite 2000 Nashville, TN 37203** | | | | | | **$2,863.50** |
| **BankTennessee 1125 W Poplar Ave Collierville, TN 38017** | | | | | | **$1,232.56** |
| **Cintas 6800 Cintas Blvd Cincinnati, OH 45262** | | | | | | **$3,014.00** |
| **Demand Inspired, LLC 114 Whilshire Drive Franklin, TN 37064** | | | | | | **$85,000.00** |
| **FedEx Corporate Services Inc. 3965 Airways Blvd Module G, 3rd Floor Memphis, TN 38116** | | | | | | **$16,186.46** |
| **Fibrix Filtration 119-C Poplar Pointe Drive Mooresville, NC 28117** | | | | | | **$25,569.85** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Frankemuth Insurance 1 Mutual Avenue Frankenmuth, MI 48787-0001** | | | | | | **$2,672.21** |
| **Graphic Packaging International 1500 Riveredge Pkwy Atlanta, GA 30328** | | | | | | **$73,001.84** |
| **Gregory Real Estate 145 Ziegler's Fort Road Gallatin, TN 37066** | | **Building lease** | | | | **$37,125.00** |
| **HDK Industries, Inc. 100 Industrial Park Dr. Rogersville, TN 37857** | | | | | | **$15,472.00** |
| **McMurray Fox & Associates, PLLC 639 E Main Street Hendersonville, TN 37075** | | | | | | **$1,900.00** |
| **Midwest Supply, Inc. 200 Cunningham Pkwy Belton, MO 64012** | | | | | | **$3,966.02** |
| **Oak Hills Carton Co. 6310 Este Ave Cincinnati, OH 45232** | | | | | | **$33,083.11** |
| **Priority-1 Inc. 401 W Capitol Ave Little Rock, AR 72201** | | | | | | **$4,910.00** |
| **Tailored Chemical Products, Inc. 700 12th Street Drive NW Hickory, NC 28601** | | | | | | **$9,355.55** |
| **ULINE 12575 Uline Drive Pleasant Prairie, WI 53158** | | | | | | **$15,809.53** |
| **WALLNER EXPAC 3660 Kennesaw North Industrial Pkwy NW Kennesaw, GA 30144** | | | | | | **$25,002.26** |

FILTERX LLC
593 AIRPORT ROAD
GALLATIN TN 37066

HENRY E. ("NED") HILDEBRAND, IV
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

ASSOCIATED PACKAGING, INC.
435 CALVERT DRIVE
GALLATIN TN 37066

ATLANTIC PACKAGING
806 N. 23RD STREET
WILMINGTON NC 28405

AUTO-OWNERS INSURANCE
6101 ANACAPRI BLVD.
LANSING MI 48917

B&B FILTERS
632 E MAPLE STREET
JOHNSON CITY TN 37601

BAKER DONELSON
1600 WEST END AVENUE, SUITE 2000
NASHVILLE TN 37203

BANKTENNESSEE
1125 W POPLAR AVE
COLLIERVILLE TN 38017

BART HIGHERS
113 EAST MAIN STREET
GALLATIN TN 37066

CINTAS
6800 CINTAS BLVD
CINCINNATI OH 45262

CUMBERLAND IDEALEASE
PO BOX 100266
NASHVILLE TN 37224

DARYL HOLT
170 WOODLAKE DRIVE
GALLATIN TN 37066

DARYL HOLT
518 W MAIN ST
GALLATIN TN 37066

```
DEMAND INSPIRED, LLC
114 WHILSHIRE DRIVE
FRANKLIN TN 37064

EDMONTON STATE BANK
250 W BROADWAY
GALLATIN TN 37066

FEDEX CORPORATE SERVICES INC.
3965 AIRWAYS BLVD
MODULE G, 3RD FLOOR
MEMPHIS TN 38116

FIBRIX FILTRATION
119-C POPLAR POINTE DRIVE
MOORESVILLE NC 28117

FRANKEMUTH INSURANCE
1 MUTUAL AVENUE
FRANKENMUTH MI 48787-0001

GLOVE SAFE, INC.
1008 PENNSYLVANIA ST
SOUTH HOUSTON TX 77587

GRAPHIC PACKAGING INTERNATIONAL
1500 RIVEREDGE PKWY
ATLANTA GA 30328

GREGORY REAL ESTATE
145 ZIEGLER'S FORT ROAD
GALLATIN TN 37066

HARRY HOOVER
PO BOX 361
GALLATIN TN 37066

HDK INDUSTRIES, INC.
100 INDUSTRIAL PARK DR.
ROGERSVILLE TN 37857

MAC PAPERS AND PACKAGING
5501 CROSSING CIR.
ANTIOCH TN 37013

MCMURRAY FOX & ASSOCIATES, PLLC
639 E MAIN STREET
HENDERSONVILLE TN 37075

MIDWEST SUPPLY, INC.
200 CUNNINGHAM PKWY
BELTON MO 64012
```

OAK HILLS CARTON CO.
6310 ESTE AVE
CINCINNATI OH 45232

PACIFIC PACKAGING SOUTH, INC.
3600 TROUSDALE DRIVE
NASHVILLE TN 37204

PREVENTIA SECURITY
2563 NASHVILLE HWY
STE 1
COLUMBIA TN 38401

PRIORITY-1 INC.
401 W CAPITOL AVE
LITTLE ROCK AR 72201

REPUBLIC SERVICES
18500 N ALLIED WAY
PHOENIX AZ 85054-6164

RJ YOUNG
730A FREELAND STATION ROAD
NASHVILLE TN 37228

SMALL BUSINESS ADMINISTRATION
TENNESSEE DISTRICT OFFICE
2 INTERNATIONAL PLAZA, SUITE 500
NASHVILLE TN 37217

STEVE FANN
1010 SOUTH BROWNS LANE
GALLATIN TN 37066

STEVE FANN
312 W MAIN ST
GALLATIN TN 37066

TAILORED CHEMICAL PRODUCTS, INC.
700 12TH STREET DRIVE NW
HICKORY NC 28601

THE PALLET FACTORY, INC.
1200 BRYAN ST
OLD HICKORY TN 37138

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158

WALLNER EXPAC
3660 KENNESAW NORTH INDUSTRIAL PKWY NW
KENNESAW GA 30144

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Filterx LLC**                               Case No.

                                       Debtor(s)         Chapter      **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Filterx LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 16, 2025** | **/s/ Henry E. ("Ned") Hildebrand, IV** |
| Date | **Henry E. ("Ned") Hildebrand, IV** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Filterx LLC** |
| | **Dunham Hildebrand Payne Waldron, PLLC** |
| | **9020 Overlook Blvd., Suite 316** |
| | **Brentwood, TN 37027** |
| | **615.933.5851 Fax:615.777.3765** |
| | **ned@dhnashville.com** |